UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

ISLAND INTELLECTUAL                               Docket Number: 11 CV 6859 (VM)

      -against-                                     NOTICE OF REASSIGNMENT

CLEARVIEW CORRESPONDENT
--------------------------------------------------------

      The above-entitled action is:

[ X ] Reassigned to the Hon. VICTOR MARRERO (VM)
     ****RELATED TO 09 CV 2675****

[   ] Reassigned Referral to Hon.                                   , Magistrate Judge

[   ] Reassigned Designation to Hon.                               , Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Reassignment on all defendants.

                                                                               Ruby J. Krajick
                                                                               Clerk of Court

Dated: 12/06/2011                                  By:      PHYLLIS ADAMIK
                                                                                Deputy Clerk